No. 75–1181. BATTERTON, SECRETARY, DEPARTMENT OF HUMAN RESOURCES OF MARYLAND, ET AL. *v.* FRANCIS ET AL. C. A. 4th Cir. Motion of respondent Robert Francis for leave to proceed *in forma pauperis* and certiorari granted.

No. 76–5306. DOBBERT *v.* FLORIDA. Sup. Ct. Fla. Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 75–1673. SUGG, AKA SANITORA *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 75–1740. ATKINS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–1847. HAMMOND *v.* UNITED STATES; and
No. 76–5178. THOMPSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 75–6832. DOWDY *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 76–24. ROSENBRUCH *v.* AMERICAN EXPORT ISBRANDTSEN LINES, INC. C. A. 2d Cir. Certiorari denied.

No. 76–77. HARRIS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–95. HERNANDEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–96. ZELDIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–106. LIBRACH *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.